## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MATTHEW DITULLIO** ) | **Case Number:  09-1633** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION** |
| ) | |
| **FIRSTSOURCE ADVANTAGE, LLC** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **Defendant.** ) | |
| ) | |
| ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, MATTHEW DITULLIO, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

    BY:_/s/  *Brent F. Vullings*
        Brent F. Vullings, Esquire
        Attorney for Plaintiff
        Attorney I.D. #92344
        Warren & Vullings, LLP
        1603 Rhawn Street
        Philadelphia, PA  19111
        215-745-9800